Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT .

### for the

### Western District of Virginia

### Roanoke Division

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
February 05, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

Henry P. Wright

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Kathleen H. Sawyer
Deborah Coles
Richard S. Tischer

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 7:24CV 00571

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Henry P. Wright |
| Street Address | 1209 Chapman ave APt.C |
| City and County | Roanoke |
| State and Zip Code | Virginia 24016 |
| Telephone Number | 540-836-0706 |
| E-mail Address | Mr.Percellwright 9 at gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name            Kathleen H. Sawyer

Job or Title *(if known)*   F.B.O.P Director

Street Address   Federal Bureau of Prisons

City and County   320 First St. N.W.

State and Zip Code   Washington, D.C. 20534

Telephone Number   202-307-3198

E-mail Address *(if known)*   infor at bop.gov

Defendant No. 2

Name            Deborah Coles

Job or Title *(if known)*   Parole Supervisor

Street Address   3850 South Capitol St. S.E.

City and County   Washington, D.C.

State and Zip Code   20032

Telephone Number   202-585-7637

E-mail Address *(if known)*   equity at CSOSA.gov

Defendant No. 3

Name            Richard S. Tischner

Job or Title *(if known)*   Director of CSOSA

Street Address   633 Indiana ave N.W.

City and County   Washington, D.C.

State and Zip Code

Telephone Number   202-220-5300

E-mail Address *(if known)*   equity at CSOSA. gov

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Henry P. Wright , is a citizen of the State of *(name)* Virginia .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.      If the defendant is a corporation

           The defendant, *(name)* _____ , is incorporated under

           the laws of the State of *(name)* _____ , and has its

           principal place of business in the State of *(name)* _____ .

           Or is incorporated under the laws of *(foreign nation)* _____ ,

           and has its principal place of business in *(name)* _____ .

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

      The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

      _____ S.A.

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

      _____ S.A.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     2.4.25

Signature of Plaintiff     _Henry P. Wright_
Printed Name of Plaintiff     _Henry Percell Wright_

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____
Printed Name of Attorney     _____
Bar Number     _____
Name of Law Firm     _____
Street Address     _____
State and Zip Code     _____
Telephone Number     _____
E-mail Address     _____

claim 1

Kathleen H. Sawyer was the director of the Federal Bureau of Prisons. I was in the Federal Bureau of prisons from 2015-2021. I had a inappropriate relationship with a white staff member at USP Hazelton. Upon my custody level dropping, I was sent to F.C.I Hazelton, and there, federal officials used their prison informants to antagonize, harass, intimidate, me into violent confrontations, and I retreated into protective custody. I went to four prisons in 3 years due to these atrocities; From 2018-2021. When I was at F.C.I Edgefield, I was told by one of their informants, "Michael", not sure of his last name but he's from Baltimore Maryland, "I will be shot in my head if I reveal who they were". After being transferred from F.C.I Hazlton, I was harassed, intimidated by prison informants, especially L. Wilkerson. The Eighth Amendment, title IX Education Amendment of 1972, Fourteeth Amendment, applies to these atrocities I was subject to.

Claim 2

Deborah Coles, was my parole supervisor from 2021-2023. From 2022 through 2023, I was confronted with prison informants, whether to antagonize, intimidate, or to gain information; and when I mentioned to Mrs. Coles, why am I still being subject to, prison informants, her only rely was, "hang in their Mr. Wright, it's almost over" (and she was replying to me completing my parole). She didn't ask me anything containing to being harassed by prison informants. I was harassed or antagonize by, Dominique, Norman, and troy. My Journey has brought me from washington D.C. to Roanoke Virginia; and even here, I'm subject to, aggressive scare tactics, gang stocking and the owner of, Sakina Food mart, told me, "these people's will kill you"; ironically, he knows nothing about me, or my situation at hand. On June 12, of this year, I had a failed suicide attempt due to these atrocities. The Fourth Amendment, Eighth Amendment, applies to these atrocities I was subject to.

Claim 3

Richard S. Tischner is the Director of CSOSA; in which is Deborah Coles Supervisor. The Fourth Amendment, Eighth Amendment, applies to the atrocities I was subject to.

Relief: I ask the court to grant compensatory relief, and punitive relief. I ask the court to grant, 100 million dollars; 50 million for compensatory damages, and 50 million for punitive damages. I ask the court to grant 50 million for compensatory because I loss the enjoyment for a quality life. I can't work, do to my mental health; and not to mention, a fail suicide attempt due to these atrocities I endured for 7 years. I ask the court to grant 50 million for punitive damages because, prison officials deliberately use their prison informants to antagonize, harass, and intimidate me for 3 years. When I mentioned to Mrs. Coles, why am I being subject to prison informants, she did nothing to help me; For these reasons above, I ask the court to grant me $100 million dollars.